UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

In Re:                                          PROCEEDINGS UNDER CHAPTER 13
                                                CASE NO. : O6-12443 BKC-LMI
Linda S. Morales
SSN: XXX-XX-2652
         Debtor(s).
_____/

## NOTICE OF FILING CHAPTER 13 PLAN

COMES NOW, **Linda S. Morlaes**, debtor by and through the undersigned counsel and gives notice of filing Notice of Filing Chapter 13 plan.

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument and the pertinent documents have been furnished by electronic filing to Nancy N. Herkert, Trustee, Post Office Box 279806, Miramar, Florida 33027 and regular U.S. Mail to all other interested parties listed on the matrix, on this 19 day of May, 2006.

                                        _____
                                        Patrick L. Cordero, P.A.
                                        Counsel for the Debtor(s)
                                        198 N.W. 37th Avenue
                                        Miami, FL 33125
                                        (305) 445-4855

207.96

# UNITED STATES BANKRUPTCY COURT-SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Linda S. Morales   JOINT DEBTOR _____   CASE NO.: _____
Last Four Digits of SS# 2652   Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 228.25 for months 1 to 60 ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 2500.00 + $150.00 cost  TOTAL PAID $ 1100.00
Balance Due  $ 1550.00   payable $ 172.23 /month (Months 1 to 9 )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

Name: _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months ___ to ___)
_____   Arrears Payment $ _____ /month (Months ___ to ___)
Account No: _____   Regular Payment $ _____ /month (Months ___ to ___)

Name: _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months ___ to ___)
_____   Arrears Payment $ _____ /month (Months ___ to ___)
Account No: _____   Regular Payment $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |  |
|  |  |  | $ | ___ To ___ |  |
|  |  |  | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |
|  |  |  | $ | ___ To ___ |  |
|  |  |  | $ | ___ To ___ |  |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
1. _____   Total Due $ _____
   Payable  $ _____ /month (Months ___ to ___) Regular Payment $ _____
   Payable  $ _____ /month (Months ___ to ___) Regular Payment $ _____

<u>Unsecured Creditors</u>:  Pay $ 35.73 /month (Months 1 to 9 ).
   Pay $ 207.96 /month (Months 10 to 60 ).
   Pay $ _____ /month (Months ___ to ___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Chase Manhattan Mtg. and Fifth Horizons Condo Assoc. is current and being paid outside the Chapter 13 plan.

The debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedules I and J if their income increases and modify the plan if necessary
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Linda Morales  _____
Debtor                    Joint Debtor
Date: 5/19/06             Date: _____